UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>    *Plaintiff-Appellant.*<br><br>vs.<br><br>Newsweek Digital LLC<br><br>    *Defendant-Appellee.* | 1:22-cv-1343 (MKV)<br><br>NOTICE OF APPEAL |

**PLEASE TAKE NOTICE** that Plaintiff-Appellant The Satanic Temple, Inc. respectfully appeals to the United States Court of Appeals for the Second Circuit from the following orders:

- The final order, granting Newsweek summary judgment (ECF No. 134, dated March 26, 2025) and its related judgment (ECF No. 135, dated March 27, 2025); and

- The order granting Newsweek's motion to dismiss for failure to state a claim, in part, and dismissing Julia Duin for lack of personal jurisdiction (ECF No. 27, dated March 8, 2023).

There being a final judgment, appellate jurisdiction is based on 28 USC § 1291.

– 1 –

Respectfully submitted on April 7, 2025,

|  | By: | /s/ *Matt Kezhaya* |
|---:|---|---|
|  |  | Matt Kezhaya (# 0402193) |
|  |  | **Kezhaya Law PLC** |
|  |  | 150 S. Fifth St., Suite 1850 |
|  |  | Minneapolis, MN 55402 |
| phone: |  | (612) 276-2216 |
| email: |  | matt@kezhaya.law |

### CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on April 7, 2025, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*

– 2 –

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22-cv-01343-MKV-SLC

The Satanic Temple, Inc. v. Newsweek Magazine LLC  
Assigned to: Judge Mary Kay Vyskocil  
Referred to: Magistrate Judge Sarah L. Cave  
Demand: $150,000  
Cause: 28:1332lb Diversity–Libel, Assault, Slander

Date Filed: 02/16/2022  
Date Terminated: 03/27/2025  
Jury Demand: Plaintiff  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Diversity

**Plaintiff**

**The Satanic Temple, Inc.**     represented by     **Matt Kezhaya**  
Kezhaya Law PLC  
150 S. Fifth Street  
Suite 1850  
Minneapolis, MN 55402  
479-431-6112  
Fax: 612-355-2210  
Email: matt@kezhaya.law  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Matthew Henry Sheppe**  
Reiss Sheppe LLP  
425 Madison Avenue  
Ste 19th Floor  
New York, NY 10017  
212-753-2424  
Fax: 347-348-0731  
Email: msheppe@reisssheppe.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Newsweek Magazine LLC**     represented by     **Cameron Stracher**  
Cameron Stracher, PLLC  
1133 Broadway  
Suite 516  
New York, NY 10010  
646-992-3850  
Email: cam@stracherlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Sara Tesoriero**  
Cameron Stracher PLLC  
NY  
1133 Broadway, Ste 516  
New York, NY 10010  
646-992-3850  
Email: sara@stracherlaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Julia Duin**     represented by     **Cameron Stracher**  
*TERMINATED: 05/11/2023*     (See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

|  | **Sara Tesoriero**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Interested Party**

| **David Alan Johnson** | represented by | **Jeremy Roller**<br>Arete Law Group<br>600 University Street<br>Suite 2420<br>Seattle, WA 98101<br>206–428–3250<br>Email: jroller@aretelaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Interested Party**

| **Leah Fishbaugh** | represented by | **Jeremy Roller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Interested Party**

| **Mickey Powell**<br>*formerly known as*<br>Mickey Meehan | represented by | **Jeremy Roller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Interested Party**

| **Nathan Sullivan** | represented by | **Jeremy Roller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2022 | 1 | COMPLAINT against Julia Duin, Newsweek Magazine LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC–25744248)Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit 1 – Article, # 2 Exhibit 2 – Media Kit, # 3 Exhibit 3 – Editorial Guidelines, # 4 Exhibit 4 – Fuller Letter, # 5 Exhibit 5 – Retraction Demand, # 6 Exhibit 6 – Response to Retraction Demand, # 7 Exhibit 7 – Pacer Search– Calavera, # 8 Exhibit 8 – Pacer Search – Meeham, # 9 Exhibit 9 – Email Exchange with Duin, # 10 Exhibit 10 – Duin Email Exchange with J. Laycock).(Sheppe, Matthew) (Entered: 02/16/2022) |
| 02/16/2022 | 2 | CIVIL COVER SHEET filed..(Sheppe, Matthew) (Entered: 02/16/2022) |
| 02/16/2022 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 02/16/2022) |
| 02/16/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Newsweek Magazine LLC, re: 1 Complaint,,. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 02/16/2022) |
| 02/16/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Julia Duin, re: 1 Complaint,,. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 02/16/2022) |
| 02/17/2022 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Matthew Henry Sheppe. The following case opening statistical information was erroneously selected/entered: Dollar Demand $150,000,000; County code New York; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to $150,000; the County code has been modified to XX Out of State; the Fee Status code has been modified to pd (paid);. (pc)** (Entered: 02/17/2022) |

| | | |
|---|---|---|
| 02/17/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Mary Kay Vyskocil. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 02/17/2022) |
| 02/17/2022 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 02/17/2022) |
| 02/17/2022 | | Case Designated ECF. (pc) (Entered: 02/17/2022) |
| 02/17/2022 | 6 | ELECTRONIC SUMMONS ISSUED as to Newsweek Magazine LLC..(pc) (Entered: 02/17/2022) |
| 02/17/2022 | 7 | ELECTRONIC SUMMONS ISSUED as to Julia Duin..(pc) (Entered: 02/17/2022) |
| 05/02/2022 | 8 | WAIVER OF SERVICE RETURNED EXECUTED. Newsweek Magazine LLC waiver sent on 4/4/2022, answer due 6/3/2022. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 05/02/2022) |
| 05/02/2022 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. Julia Duin waiver sent on 4/4/2022, answer due 6/3/2022. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 05/02/2022) |
| 05/13/2022 | 10 | NOTICE OF APPEARANCE by Cameron Altman Stracher on behalf of Julia Duin, Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 05/13/2022) |
| 05/13/2022 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Julia Duin, Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 05/13/2022) |
| 05/13/2022 | 12 | NOTICE OF APPEARANCE by Sara Tesoriero on behalf of Julia Duin, Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/13/2022) |
| 05/19/2022 | 13 | LETTER addressed to Judge Mary Kay Vyskocil from Cameron Stracher dated May 19, 2022 re: Pre−Motion Conference. Document filed by Julia Duin, Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 05/19/2022) |
| 05/24/2022 | 14 | LETTER addressed to Judge Mary Kay Vyskocil from Matthew Sheppe dated May 24, 2022 re: Response to Pre−Motion Conference Letter on Proposed Motion to Dismiss. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 05/24/2022) |
| 06/15/2022 | 15 | MEMO ENDORSEMENT on re: 14 Letter filed by The Satanic Temple, Inc.. ENDORSEMENT: The Court has reviewed the pre−motion letters filed at ECF Nos. 13 and 14 and has determined that a pre−motion conference is not necessary in this matter. Accordingly, Defendants are granted leave to move to dismiss pursuant to the following schedule: Defendants' motions shall be filed on or before July 15, 2022; Plaintiff's opposition shall be filed on or before August 15, 2022; Defendants' replies shall be filed on or before August 29, 2022. SO ORDERED. ( Motions due by 7/15/2022., Responses due by 8/15/2022, Replies due by 8/29/2022.) (Signed by Judge Mary Kay Vyskocil on 6/15/2022) (tg) (Entered: 06/15/2022) |
| 07/15/2022 | 16 | FIRST MOTION to Dismiss for Lack of Jurisdiction . Document filed by Julia Duin. Responses due by 8/15/2022.(Tesoriero, Sara) (Entered: 07/15/2022) |
| 07/15/2022 | 17 | MEMORANDUM OF LAW in Support re: 16 FIRST MOTION to Dismiss for Lack of Jurisdiction . . Document filed by Julia Duin..(Tesoriero, Sara) (Entered: 07/15/2022) |
| 07/15/2022 | 18 | DECLARATION of Julia Duin in Support re: 16 FIRST MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Julia Duin..(Tesoriero, Sara) (Entered: 07/15/2022) |

| | | |
|---|---|---|
| 07/15/2022 | 19 | MOTION to Dismiss . Document filed by Julia Duin, Newsweek Magazine LLC. Responses due by 8/15/2022.(Tesoriero, Sara) (Entered: 07/15/2022) |
| 07/15/2022 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Dismiss . . Document filed by Julia Duin, Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 07/15/2022) |
| 08/15/2022 | 21 | MEMORANDUM OF LAW in Opposition re: 19 MOTION to Dismiss . . Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 08/15/2022) |
| 08/15/2022 | 22 | MEMORANDUM OF LAW in Opposition re: 16 FIRST MOTION to Dismiss for Lack of Jurisdiction . . Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 08/15/2022) |
| 08/15/2022 | 23 | DECLARATION of Matthew Sheppe in Opposition re: 16 FIRST MOTION to Dismiss for Lack of Jurisdiction .. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 08/15/2022) |
| 08/15/2022 | 24 | LETTER addressed to Judge Mary Kay Vyskocil from Matthew Sheppe dated August 15, 2022 re: Request for Oral Argument on Motions to Dismiss. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 08/15/2022) |
| 08/29/2022 | 25 | REPLY MEMORANDUM OF LAW in Support re: 16 FIRST MOTION to Dismiss for Lack of Jurisdiction . . Document filed by Julia Duin..(Stracher, Cameron) (Entered: 08/29/2022) |
| 08/29/2022 | 26 | REPLY MEMORANDUM OF LAW in Support re: 19 MOTION to Dismiss . . Document filed by Julia Duin, Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 08/29/2022) |
| 03/08/2023 | 27 | OPINION AND ORDER re: 16 FIRST MOTION to Dismiss for Lack of Jurisdiction . filed by Julia Duin, 19 MOTION to Dismiss . filed by Julia Duin, Newsweek Magazine LLC. As set forth herein, Defendant Duin's motion to dismiss for lack of personal jurisdiction is granted, while Defendants' motion to dismiss for failure to state a claim is granted in part and denied in part. Plaintiff's request for oral argument is denied. [ECF No. 24]. The Clerk of Court respectfully is requested to close the Motions at ECF Nos. 16 and 19. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 3/8/2023) (tg) Transmission to Orders and Judgments Clerk for processing. (Main Document 27 replaced on 3/10/2023) (tg). (Entered: 03/08/2023) |
| 03/22/2023 | 28 | ANSWER to 1 Complaint,,. Document filed by Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 03/22/2023) |
| 04/05/2023 | 29 | NOTICE OF INITIAL PRETRIAL CONFERENCE: The conference will be held via Microsoft Teams. The parties should dial (646) 453–4442 and use Conference ID: 995 050 705#. As further set forth by this Order. SO ORDERED. Initial Conference set for 5/10/2023 at 02:30 PM before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 4/5/2023) (tg) (Entered: 04/05/2023) |
| 05/03/2023 | 30 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/03/2023) |
| 05/03/2023 | 31 | LETTER addressed to Judge Mary Kay Vyskocil from Counsel for Plaintiff and Defendant dated 05/03/2023 re: Initial Pretrial Conference. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/03/2023) |
| 05/09/2023 | 32 | MOTION for Matthew A. Kezhaya to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Affidavit Affidavit of Matt Kezhaya, # 2 Exhibit MN CoGS, # 3 Exhibit AR CoGS, # 4 Text of Proposed Order Proposed Order).(Kezhaya, Matt) (Entered: 05/09/2023) |
| 05/09/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Matthew A. Kezhaya to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 05/09/2023) |
| 05/10/2023 | 33 | ORDER granting 32 Motion for Matthew A Kezhaya to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 05/10/2023) |

| | | |
|---|---|---|
| 05/10/2023 | | Minute Entry for proceedings held before Judge Mary Kay Vyskocil: Initial Pretrial Conference held on 5/10/2023. (rz) (Entered: 05/10/2023) |
| 05/10/2023 | 34 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). This case is to be tried to a jury. Any motion to amend or to join additional parties shall be filed within 30 days from the date of this Order. The parties have advised the Court that they plan to complete expert discovery before the close of fact discovery because they believe that fact discovery will flow from expert discovery on the issue of monetary harm. By May 24, 2023, the parties shall request any information, other than that which must be provided through initial disclosures, which they think might aid early settlement of this case. Such information shall be provided within one week of the request. The parties are advised that their estimate of the length of trial is unreasonably long and that they must plan accordingly. By May 12, 2023, the Parties shall file a stipulation regarding substitution of the defendant and amendment of the caption. Defendant's motion for judgment on the pleadings is due by May 24, 2023. Plaintiff's opposition is due by June 16, 2023, and any reply is due by June 23, 2023. Motions due by 5/24/2023. Responses due by 6/16/2023 Replies due by 6/23/2023. Deposition due by 9/8/2023. Fact Discovery due by 9/8/2023. Expert Discovery due by 7/10/2023. Estimate length of trial 3–4 days. Status Conference set for 10/4/2023 at 03:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 5/10/2023) (tg) (Entered: 05/10/2023) |
| 05/11/2023 | 35 | PROPOSED STIPULATION AND ORDER. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/11/2023) |
| 05/11/2023 | 36 | STIPULATION AND ORDER TO AMEND CASE CAPTION: THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the case caption should be changed to name Newsweek Digital, LLC as the sole defendant, in a form substantially similar to the example attached hereto as Exhibit A. GRANTED. The Clerk of Court respectfully is requested to change the case caption to name Newsweek Digital, LLC as the sole defendant, in a form substantially similar to the example attached hereto as Exhibit A. SO ORDERED. Party Julia Duin terminated. (Signed by Judge Mary Kay Vyskocil on 5/11/2023) (tg) Modified on 5/22/2023 (tg). (Entered: 05/11/2023) |
| 07/24/2023 | 37 | PROPOSED PROTECTIVE ORDER. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 07/24/2023) |
| 07/24/2023 | 38 | STIPULATION AND ORDER RELATING TO THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 7/24/2023) (ks) (Entered: 07/24/2023) |
| 08/02/2023 | 39 | JOINT LETTER MOTION for Discovery *conference* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya and Cameron Stracher (parties' respective counsel) dated 8/2/2023., JOINT LETTER MOTION for Conference *re: discovery* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya and Cameron Stracher (parties' respective counsel) dated 8/2/2023. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit 1 – first responses, as amended, # 2 Errata 2 – second responses, as amended).(Kezhaya, Matt) (Entered: 08/02/2023) |
| 08/07/2023 | 40 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non−Dispositive Motion/Dispute: ECF No. 39. Referred to Magistrate Judge Sarah L Cave. Motions referred to Sarah L Cave. (Signed by Judge Mary Kay Vyskocil on 8/7/2023) (tg) (Entered: 08/07/2023) |
| 08/08/2023 | 41 | ORDER granting 39 Letter Motion for Conference; terminating 39 Letter Motion for Discovery. A telephone conference is scheduled for Monday, August 28, 2023 at 12:00 p.m. on the Court's conference line. The parties are directed to call: (866) 3901828; access code: 3809799, at the scheduled time. At the conference, the parties shall be prepared to discuss the pending letter−motion for a discovery conference. (ECF No. 39). The Clerk of Court is respectfully directed to close ECF No. 39. SO ORDERED. ( Telephone Conference set for 8/28/2023 at 12:00 PM before Magistrate Judge Sarah L Cave.) (Signed by Magistrate Judge Sarah L Cave on 8/8/2023) (vfr) (Entered: |

| | | |
|---|---|---|
| | | 08/08/2023) |
| 08/09/2023 | 42 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Mary Kay Vyskocil from Cameron Stracher dated August 9, 2023. Document filed by Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 08/09/2023) |
| 08/10/2023 | 43 | ORDER granting 42 Letter Motion for Extension of Time to Complete Discovery. GRANTED. The fact discovery deadline is hereby extended to November 7, 2023. Additionally, the Conference scheduled for October 4, 2023 is adjourned to November 29, 2023 at 3:30 PM. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 8/10/2023) (tg) (Entered: 08/10/2023) |
| 08/10/2023 | | Set/Reset Deadlines: ( Fact Discovery due by 11/7/2023.), Set/Reset Hearings:( Status Conference set for 11/29/2023 at 03:30 PM before Judge Mary Kay Vyskocil.) (tg) (Entered: 08/10/2023) |
| 08/16/2023 | 44 | SECOND LETTER MOTION for Discovery *Conference* addressed to Judge Mary Kay Vyskocil from Cameron Stracher dated August 16, 2023. Document filed by Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 08/16/2023) |
| 08/16/2023 | 45 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non−Dispositive Motion/Dispute: ECF NO. 44. Referred to Magistrate Judge Sarah L Cave. Motions referred to Sarah L Cave. (Signed by Judge Mary Kay Vyskocil on 8/16/2023) (tg) (Entered: 08/16/2023) |
| 08/16/2023 | 46 | ORDER granting 44 Letter Motion for Discovery. The parties' request for a discovery conference at ECF No. 44 is GRANTED. At the telephone conference scheduled for August 28, 2023 (ECF No. 41), the parties shall be prepared to discuss the issues raised in the parties' letters at ECF Nos. 39 and 44. The Clerk of Court is respectfully directed to close ECF No. 44. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 8/16/2023) (jca) (Entered: 08/16/2023) |
| 08/28/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah L Cave: Telephone Conference held on 8/28/2023. Attorneys Matt Kezhaya and Matthew Sheppe appeared on behalf of Plaintiff. Attorney Cameron Stracher appeared on behalf of Defendant. (ne) (Entered: 08/28/2023) |
| 08/28/2023 | 47 | ORDER, The Motions are resolved as follows: Plaintiff's request for additional documents from Defendant responsive to Request for Production No. 2 (ECF No. 39 at 1) is DENIED. Plaintiff's request for additional documents from Defendant in response to Request for Production No. 4 (ECF No. 39 at 2) is GRANTED IN PART. Defendant shall continue and complete its search for internal documents and communications relating to prior drafts, if any, of the subject article, and produce responsive documents to Plaintiff. Plaintiff's request for additional documents from Defendant in response to Request for Production No. 6 (ECF No. 39 at 2) is DENIED based on the representation by Defendant's counsel that Defendant does not possess an internal fact−checking policy. Plaintiff's request for additional documents from Defendant in response to Request for Production No. 8 (ECF No. 39 at 2 3) is GRANTED IN PART. Defendant shall search for and produce to Plaintiff documents and communications relating to the decision and/or direction to publish the Article. Plaintiff's request for additional documents from Defendant in response to Requests for Production Nos. 9− 10 (ECF No. 39 at 3) is DENIED. Plaintiff's request for additional documents from Defendant in response to Request for Production No. 23 ( ECF No. 39 at 3) is GRANTED IN PART. Defendant shall produce to Plaintiff its tax return for the year that ended on December 31, 2022, redacted except as to total figures establishing its income, value, and/or worth. A telephone conference is scheduled for Thursday, October 12, 2023 at 3:00 p.m. on the Court's conference line. The parties are directed to call: (866) 390 −1828; access code: 380 −9799, at the scheduled time. SO ORDERED. ( Telephone Conference set for 10/12/2023 at 03:00 PM before Magistrate Judge Sarah L Cave.) (Signed by Magistrate Judge Sarah L Cave on 8/28/23) (yv) (Entered: 08/28/2023) |
| 09/12/2023 | 48 | MOTION for Jeremy E. Roller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28275885. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by David Alan Johnson, Leah Fishbaugh, Mickey Powell, Nathan Sullivan. (Attachments: # 1 Affidavit Affidavit of Jeremy E. |

| | | |
|---|---|---|
| | | Roller for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Roller, Jeremy) (Entered: 09/12/2023) |
| 09/12/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 48 MOTION for Jeremy E. Roller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28275885. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 09/12/2023) |
| 09/13/2023 | 49 | ORDER granting 48 Motion for Jeremy E Roller to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 09/13/2023) |
| 09/15/2023 | 50 | LETTER MOTION for Discovery *Protective Order* addressed to Magistrate Judge Sarah L. Cave from Cameron Stracher dated 09/15/2023. Document filed by Newsweek Magazine LLC. (Attachments: # 1 Exhibit Subpoena to D Johnson, # 2 Exhibit Subpoena to N Sullivan).(Tesoriero, Sara) (Entered: 09/15/2023) |
| 09/15/2023 | 51 | LETTER MOTION for Discovery *Motion to Quash or for Protective Order* addressed to Magistrate Judge Sarah L. Cave from Jeremy E. Roller dated 09/15/2023. Document filed by David Alan Johnson, Nathan Sullivan. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E).(Roller, Jeremy) (Entered: 09/15/2023) |
| 09/29/2023 | 52 | MEMORANDUM OF LAW in Opposition re: 51 LETTER MOTION for Discovery *Motion to Quash or for Protective Order* addressed to Magistrate Judge Sarah L. Cave from Jeremy E. Roller dated 09/15/2023., 50 LETTER MOTION for Discovery *Protective Order* addressed to Magistrate Judge Sarah L. Cave from Cameron Stracher dated 09/15/2023. . Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 09/29/2023) |
| 10/09/2023 | 53 | JOINT LETTER addressed to Magistrate Judge Sarah L. Cave from Cameron Stracher dated October 9, 2023 re: Outstanding Discovery Disputes. Document filed by Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 10/09/2023) |
| 10/11/2023 | 54 | SECOND LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Mary Kay Vyskocil from Matthew A. Kezhaya dated 10/11/23. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 10/11/2023) |
| 10/12/2023 | 55 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 8/28/2023 before Magistrate Judge Sarah L. Cave. Court Reporter/Transcriber: Adrienne Mignano, 92120 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/2/2023. Redacted Transcript Deadline set for 11/13/2023. Release of Transcript Restriction set for 1/10/2024. (js) (Entered: 10/12/2023) |
| 10/12/2023 | 56 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/28/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 10/12/2023) |
| 10/12/2023 | 57 | SUPPLEMENTAL LETTER MOTION for Extension of Time *for discovery* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated October 12, 2023., LETTER MOTION for Discovery addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated October 12, 2023. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 10/12/2023) |
| 10/12/2023 | 58 | ORDER granting 50 Letter Motion for Discovery; granting in part and denying in part 51 Letter Motion for Discovery. As discussed at the Conference, the Court orders as follows: 1. The Non−Party Motion is DENIED IN PART to the extent it seeks to quash the Deposition Subpoenas. The Non−Party Motion is GRANTED IN PART to the extent it seeks a protective order limiting the scope of the Non−Party Deponents' depositions, as set forth in the following paragraph. 2. Defendant's Motion is |

| | | |
|---|---|---|
| | | GRANTED. Each of the two depositions shall be limited to two hours of on−the−record time, exclusive of breaks, pauses, and other interruptions. Each deposition shall be limited in scope to questions related to the Article Statement; specifically, each deponent's knowledge of allegations of sexual abuse within The Satanic Temple, and the extent to which the deponent discussed that knowledge within Julia Duin or anyone else at Newsweek (the "Topics"). To the extent Plaintiff intends to question the Non−Party Deponents for impeachment purposes, those questions−and any documents or other evidence Plaintiff intends to show to the Non−Party Deponents− must directly relate to the Topics. See Shih v. Petal Card, Inc., No. 18 Civ. 5495 (JFK) (BCM), 2021 WL 5279395, at *4 (S.D.N.Y. Nov. 12, 2021) (holding that, "the mere possibility of obtaining impeachment evidence cannot be enough to justify discovery into matters otherwise unrelated to the parties' claims and defenses"); SEC v. Collector's Coffee, Inc., 338 F.R.D. 309, 317 (S.D.N.Y. 2021) (holding that, "while impeachment discovery may be relevant, there must be some limit to the general purposes of establishing credibility and gathering information for impeachment. If not, a party's effort to seek impeachment material would justify nearly unlimited discovery with respect to every witness or party in every case, thereby vitiating the proportionality requirement") (citations and quotation marks omitted). Plaintiff may not ask questions or present to the Non−Party Deponents documents and/or evidence for the purposes of impeachment that does not directly relate to the Topics. Prohibited areas include, but are not limited to, the Non−Party Deponents' finances. 3. With respect to the Discovery Dispute, the Court will conduct an in camera review of the documents at issue, which include 65 emails from Nancy Cooper's account and 51 emails from Ms. Duin's account (together, the "Emails"). By October 20, 2023, Defendant shall provide the Court with the Emails through the Court's file−share system, instructions for which the Court will email to Defendant's counsel. Defendant shall also inform the Court which emails have already been produced to Plaintiff. Following receipt of the Emails, the Court will conduct an in camera review and issue an Order delineating which of the Emails must be produced to Plaintiff. 4. The parties shall order a transcript of the Conference and file it on the docket. By October 13, 2023, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov, selecting the "7 Day" option for service. The Clerk of Court is respectfully directed to close ECF No. 50 and ECF No. 51. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 10/12/2023) (tg) (Entered: 10/13/2023) |
| 10/12/2023 | 59 | ORDER terminating 54 Letter Motion for Extension of Time to Complete Discovery; granting 57 Letter Motion for Extension of Time; granting 57 Letter Motion for Discovery. Granted. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 10/12/23) (yv) (Entered: 10/13/2023) |
| 10/12/2023 | | Set/Reset Deadlines: Fact Discovery due by 12/7/2023. (yv) (Entered: 10/13/2023) |
| 10/12/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah L Cave: Telephone Conference held on 10/12/2023. Attorneys Matt Kezhaya, Sonia Kezhaya, and Matthew Sheppe appeared on behalf of Plaintiff. Attorneys Cameron Stracher and Sara Tesoriero appeared on behalf of Defendant. Attorney Jeremy Roller appeared on behalf of Non−Parties David Johnson and Nathan Sullivan. (ne) (Entered: 10/13/2023) |
| 10/16/2023 | 60 | ORDER: On October 12, 2023, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by October 13, 2023. (ECF No. 58). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by October 17, 2023. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 10/16/2023) (ama) (Entered: 10/16/2023) |
| 10/25/2023 | 61 | ORDER. Following its in camera review of the Emails for Review, the Court finds that 48 are responsive and shall be produced (the "Emails for Production") as further set forth in this Order. Defendant shall produce 47 Emails bearing the following file names: Defendant shall produce the Email bearing the file name "Cooper51," and may redact information reflecting discussions of subjects and/or religions other than The Satanic Temple. Defendant may also redact PII as set forth above. Defendant shall produce the Emails for Production by November 1, 2023. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 10/25/23) (yv) (Entered: 10/25/2023) |

| | | |
|---|---|---|
| 11/15/2023 | 62 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/12/2023 before Magistrate Judge Sarah L. Cave. Court Reporter/Transcriber: Marissa Mignano, (631) 813−9335. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2023. Redacted Transcript Deadline set for 12/18/2023. Release of Transcript Restriction set for 2/13/2024. (js) (Entered: 11/15/2023) |
| 11/15/2023 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/12/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 11/15/2023) |
| 11/16/2023 | 64 | ORDER The Court resolved telephonically two disputes that arose today, November 16, 2023, during the deposition of non−party Julia Duin, a former employee of Defendant. First, the Court overruled Defendant's objection and permitted Plaintiff to ask Ms. Duin how much Defendant paid her for work she performed in October 2021, the month in which she wrote the subject article (the "Article"). The Court also permitted Plaintiff to ask Ms. Duin whether she received a bonus payment in connection with writing the Article and, if so, the amount of that payment. Second, the Court sustained Defendant's objection to Plaintiff's request that Ms. Duin take out her phone during the deposition to search for an email (the "Email") from a non−party to refresh her recollection as to the date of the Email. The Court authorized Plaintiff to serve a document subpoena on Ms. Duin for the Email in the event that it is not voluntarily produced, and may authorize Ms. Duin's deposition to be reopened for the limited purpose of permitting Plaintiff to question her regarding the Email. The Court's full rulings and guidance are reflected in the transcript of the call made by the deposition court reporter. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 11/16/2023) (jca) (Entered: 11/16/2023) |
| 11/21/2023 | 65 | LETTER MOTION for Extension of Time to Complete Discovery *(to January 7, 2023)* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated November 21, 2023. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 11/21/2023) |
| 11/24/2023 | 66 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 67 Letter Response) −** LETTER RESPONSE in Opposition to Motion addressed to Judge Mary Kay Vyskocil from Cameron Stracher dated November 24, 2023 re: 65 LETTER MOTION for Extension of Time to Complete Discovery *(to January 7, 2023)* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated November 21, 2023. . Document filed by Newsweek Magazine LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Stracher, Cameron) Modified on 11/27/2023 (db). As per ECF−ERROR Email Correspondence received on 11/24/2023 @ 4:41pm. (Entered: 11/24/2023) |
| 11/24/2023 | 67 | LETTER RESPONSE to Motion addressed to Judge Mary Kay Vyskocil from Cameron Stracher dated November 24, 2023 re: 65 LETTER MOTION for Extension of Time to Complete Discovery *(to January 7, 2023)* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated November 21, 2023. . Document filed by Newsweek Magazine LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Stracher, Cameron) (Entered: 11/24/2023) |
| 11/24/2023 | 68 | LETTER REPLY to Response to Motion addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated 11/24/23 re: 65 LETTER MOTION for Extension of Time to Complete Discovery *(to January 7, 2023)* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated November 21, 2023. . Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 11/24/2023) |
| 11/28/2023 | 69 | ORDER denying 65 Letter Motion for Extension of Time to Complete Discovery. Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a third discovery deadline extension is DENIED. The fact discovery deadline remains December 7, 2023, as ordered on October 12, 2023. [ECF No. 59]. Additionally, the Court will separately enter an Amended Order of Reference to Magistrate Judge Cave for the specific discovery disputes detailed in the parties' letters at ECF Nos. 65, 67, and 68. |

|  |  |  |
|---|---|---|
|  |  | Accordingly, IT IS FURTHER ORDERED that the status conference scheduled for November 29, 2023 at 3:30 PM is ADJOURNED sine die pending resolution of the discovery disputes to be referred to Magistrate Judge Cave. The Clerk of Court is respectfully requested to terminate docket entry number 65. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 11/28/2023) (tg) (Entered: 11/28/2023) |
| 11/28/2023 | 70 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non–Dispositive Motion/Dispute: ECF No. 65, 67, 68. Referred to Magistrate Judge Sarah L. Cave. (Signed by Judge Mary Kay Vyskocil on 11/28/2023) (tg) (Entered: 11/28/2023) |
| 11/28/2023 | 71 | ORDER: A telephone conference to discuss the Discovery Disputes is scheduled for Wednesday, December 13, 2023 at 5:00 p.m. on the Court's conference line. The parties are directed to call: (866) 390–1828; access code: 380–9799, at the scheduled time. ( Telephone Conference set for 12/13/2023 at 05:00 PM before Magistrate Judge Sarah L. Cave.) (Signed by Magistrate Judge Sarah L. Cave on 11/28/2023) (ate) (Entered: 11/28/2023) |
| 11/29/2023 | 72 | TRANSCRIPT of Proceedings re: CONFERENCE held on 8/28/2023 before Magistrate Judge Sarah L. Cave. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/20/2023. Redacted Transcript Deadline set for 1/2/2024. Release of Transcript Restriction set for 2/27/2024. (js) (Entered: 11/29/2023) |
| 11/29/2023 | 73 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/28/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 11/29/2023) |
| 11/29/2023 | 74 | ORDER. In advance of the conference scheduled for December 13, 2023 (ECF No. 71), by November 30, 2023, the parties are directed to file on the docket the full transcript of Julia Duin's November 16, 2023 deposition. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 11/29/23) (yv) (Entered: 11/29/2023) |
| 11/30/2023 | 75 | REDACTION *J. Duin Depo Transcript* by Newsweek Magazine LLC.(Tesoriero, Sara) (Entered: 11/30/2023) |
| 11/30/2023 | 76 | ***SELECTED PARTIES***REDACTION *Highlights for J. Duin Depo Transcript* by Newsweek Magazine LLC, The Satanic Temple, Inc.Motion or Order to File Under Seal: 38 .(Tesoriero, Sara) (Entered: 11/30/2023) |
| 11/30/2023 | 77 | LETTER MOTION to Compel Julia Duin to answer the question about why she would ask for substantiating proof of child murder, but not sexual abuse and cover–up addressed to Magistrate Judge Sarah L. Cave from Matt Kezhaya dated November 30, 2023. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 11/30/2023) |
| 11/30/2023 | 78 | ORDER: Accordingly, by December 1, 2023, Defendant shall file a motion or letter–motion supporting its sealing request that complies with Rule I(F). Today, November 30, 2023, Plaintiff filed a letter–motion seeking to discuss at the Conference its request to compel Ms. Duin to answer certain questions posed to her during her deposition. (ECF No. 77 the ("Letter–Motion")). The request is GRANTED solely to the extent that the issues raised in the Letter–Motion will be discussed at the Conference. By December 5, 2023, Defendant may, but need not, file a response to the Letter–Motion. The Clerk of Court is respectfully directed to close ECF No. 77. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 11/30/2023) ( Motions due by 12/1/2023., Responses due by 12/5/2023) (ks) (Entered: 11/30/2023) |
| 12/01/2023 | 79 | LETTER MOTION to Seal *Deposition of Julia Duin* addressed to Magistrate Judge Sarah L. Cave from Sara Tesoriero dated 12/1/2023. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 12/01/2023) |

| | | |
|---|---|---|
| 12/01/2023 | 80 | ***SELECTED PARTIES***REDACTION to 75 Redacted Document *Deposition of Julia Duin* by Newsweek Magazine LLC, The Satanic Temple, Inc.Motion or Order to File Under Seal: 79 .(Tesoriero, Sara) (Entered: 12/01/2023) |
| 12/01/2023 | 81 | ORDER granting 79 Letter Motion to Seal. Defendant's sealing request at ECF No. 79 is GRANTED. The redacted document filed at ECF No. 75 shall remain as visible to the public, and the unredacted documents filed at ECF Nos. 76 and 80 shall remain as visible only to the selected parties and the Court.The Clerk of Court is respectfully directed to close ECF No. 79.SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 12/1/23) (yv) (Entered: 12/01/2023) |
| 12/05/2023 | 82 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah L. Cave from Cameron Stracher dated December 5, 2023 re: 77 LETTER MOTION to Compel Julia Duin to answer the question about why she would ask for substantiating proof of child murder, but not sexual abuse and cover-up addressed to Magistrate Judge Sarah L. Cave from Matt Kezhaya dated November 30, . Document filed by Julia Duin, Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 12/05/2023) |
| 12/11/2023 | 83 | LETTER MOTION for Discovery *(contesting redactions between Duin and QueerSatanic which appear to be her efforts to persuade them that acqueiscing to an interview would aid them in harming Plaintiff's interests)* addressed to Magistrate Judge Sarah L. Cave from Matt Kezhaya dated December 11, 2023. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 12/11/2023) |
| 12/11/2023 | 84 | ORDER granting in part and denying in part 83 Letter Motion for Discovery. The request is GRANTED solely to the extent that the issues raised in the Letter-Motion will be discussed at the Conference. By December 12, 2023, Defendant and/or Ms. Duin may, but need not, file a response to the Letter-Motion. The Clerk of Court is respectfully directed to close ECF No. 83. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 12/11/23) (yv) (Entered: 12/11/2023) |
| 12/11/2023 | | Set/Reset Deadlines: Responses due by 12/12/2023 (yv) (Entered: 12/11/2023) |
| 12/12/2023 | 85 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah L. Cave from Cameron Stracher dated December 12, 2023 re: 83 LETTER MOTION for Discovery *(contesting redactions between Duin and QueerSatanic which appear to be her efforts to persuade them that acqueiscing to an interview would aid them in harming Plaintiff's interests)* addressed to Magistrate Ju . Document filed by Julia Duin, Newsweek Magazine LLC..(Stracher, Cameron) (Entered: 12/12/2023) |
| 12/13/2023 | 86 | ORDER: As discussed at today's Conference, the Court orders as follows: 1. The First Motion is GRANTED IN PART and DENIED IN PART, as follows: a. Plaintiff's request to reopen Ms. Duin's deposition is DENIED. b. Plaintiff's request to compel Ms. Duin to produce an email is DENIED AS MOOT, as the email has already been produced. c. Plaintiff's request to depose Scott Malphas is DENIED AS MOOT, as Plaintiff withdrew the request at the Conference. d. Plaintiff's request for further discovery related to income generated from the Article is GRANTED IN PART, to the extent that the parties are directed to meet and confer regarding Plaintiff's request for "Parse.ly" data and, by December 22, 2023, file a joint status letter on the docket. 2. The Second Motion is DENIED. 3. The Third Motion is GRANTED IN PART, to the extent that the Court will conduct an in camera review of the 5-20 pages of documents at issue (the "Duin Documents") and determine whether the redactions applied are proper. By December 15, 2023, Defendant shall provide the Court with the Duin Documents-in both redacted and unredacted form-through the Court's file-share system, instructions for which the Court will email to Defendant's counsel. 4. The parties shall order a transcript of the Conference and file it on the docket. By December 18, 2023, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov, selecting the "7 Day" option for service. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 12/13/2023) (vfr) (Entered: 12/13/2023) |
| 12/13/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah L. Cave: Telephone Conference held on 12/13/2023. Attorneys Matt Kezhaya, Sonia Kezhaya, and Matthew Sheppe appeared on behalf of Plaintiff. Attorneys Cameron Stracher and Sara Tesoriero appeared on behalf of Defendant and non-party Julia Duin. (ne) (Entered: 12/14/2023) |

| | | |
|---|---|---|
| 12/21/2023 | 87 | ORDER Accordingly, the Motion is DENIED. Fact discovery remains closed apart from the single issue about which the parties have been ordered to meet and confer and file a joint letter by December 22, 2023. (ECF No. 86 paragraph 1(d)). (And as further set forth herein.) SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 12/21/2023) (jca) (Entered: 12/21/2023) |
| 12/21/2023 | 88 | LETTER addressed to Magistrate Judge Sarah L. Cave from Matt Kezhaya and Sara Tesoriero dated 12/21/2023 re: The Satanic Temple Inc v. Newsweek Digital LLC Joint Status Letter. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 12/21/2023) |
| 12/21/2023 | 89 | MEMO ENDORSEMENT on re: 88 Joint Status Letter filed by Newsweek Magazine LLC. ENDORSEMENT: The Court deems all discovery closed. The parties are referred to Judge Vyskocil's Individual Rules of Practice in Civil Cases for dispositive motions and pretrial procedures. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 12/21/23) (yv) (Entered: 12/21/2023) |
| 12/21/2023 | 90 | SCHEDULING ORDER: The Court directs all parties to appear at a Post–Discovery Conference on April 17, 2024 at 10:30 AM Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. IT IS HEREBY ORDERED that one week before the conference, the parties shall submit a joint letter regarding the status of the case. The letter should include the following information in separate paragraphs: As further set forth by this Order. SO ORDERED. Status Conference set for 4/17/2024 at 10:30 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 12/21/2023) (tg) (Entered: 12/22/2023) |
| 01/03/2024 | 91 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 12/13/2023 before Magistrate Judge Sarah L. Cave. Court Reporter/Transcriber: Adrienne Mignano, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/24/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/2/2024..(js) (Entered: 01/03/2024) |
| 01/03/2024 | 92 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE proceeding held on 12/13/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 01/03/2024) |
| 04/10/2024 | 93 | LETTER addressed to Judge Mary Kay Vyskocil from Cameron Stracher dated April 10, 2024 re: Pre–Motion Conference. Document filed by Newsweek Magazine LLC. (Attachments: # 1 Exhibit Proposed Rule 56.1 Statement).(Tesoriero, Sara) (Entered: 04/10/2024) |
| 04/10/2024 | 94 | JOINT LETTER addressed to Judge Mary Kay Vyskocil from Matt Kezhaya and Cameron Stracher dated April 10, 2024 re: Post Discovery Status Report. Document filed by The Satanic Temple, Inc...(Sheppe, Matthew) (Entered: 04/10/2024) |
| 04/10/2024 | 95 | LETTER addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated April 10, 2024 re: Pre–Motion Conference Letter. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit Plaintiff's 56.1 Statement).(Sheppe, Matthew) (Entered: 04/10/2024) |
| 04/15/2024 | 96 | SCHEDULING ORDER: Accordingly, the April 17, 2024 conference is hereby adjourned sine die. IT IS FURTHER ORDERED that the parties are granted leave to file their cross–motions for summary judgment. The parties shall file their motions by May 17, 2024. Oppositions are due by May 31, 2024, and replies are due by June 7, 2024. Failure to comply with the Court's orders, Individual Practice Rules, and/or deadlines may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses. SO ORDERED. Cross Motions due by 5/17/2024. Responses due by 5/31/2024 Replies due by 6/7/2024. (Signed by Judge Mary Kay Vyskocil on 4/15/2024) (tg) (Entered: 04/15/2024) |

| | | |
|---|---|---|
| 04/15/2024 | 97 | LETTER addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated April 15, 2024 re: Plaintiffs response to Defendants premotion letter. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit response to Newsweek's LR 56.1 statement).(Kezhaya, Matt) (Entered: 04/15/2024) |
| 05/17/2024 | 98 | MOTION for Summary Judgment . Document filed by Newsweek Magazine LLC. Responses due by 5/31/2024.(Tesoriero, Sara) (Entered: 05/17/2024) |
| 05/17/2024 | 99 | MEMORANDUM OF LAW in Support re: 98 MOTION for Summary Judgment . . Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/17/2024) |
| 05/17/2024 | 100 | RULE 56.1 STATEMENT. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/17/2024) |
| 05/17/2024 | 101 | DECLARATION of Cameron Stracher in Support re: 98 MOTION for Summary Judgment .. Document filed by Newsweek Magazine LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21).(Tesoriero, Sara) (Entered: 05/17/2024) |
| 05/17/2024 | 102 | MOTION for Partial Summary Judgment *as to liability*. Document filed by The Satanic Temple, Inc.. Responses due by 5/31/2024.(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 103 | MEMORANDUM OF LAW in Support re: 102 MOTION for Partial Summary Judgment *as to liability*. . Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 104 | RULE 56.1 STATEMENT. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 105 | DECLARATION of Matt Kezhaya in Support re: 102 MOTION for Partial Summary Judgment *as to liability*.. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit Subject article (Compl. Ex. 1), # 2 Exhibit Email exchange ending October 29, 2021, 11:04 AM between Nancy Cooper and Julia Duin (Cooper26–27), # 3 Exhibit Email exchange ending October 29, 2021, 12:24 PM between Nancy Cooper and Julia Duin (Cooper37–39), # 4 Exhibit Email exchange ending October 29, 2021, 12:54 PM between Nancy Cooper and Julia Duin (Cooper28–30), # 5 Exhibit Email exchange ending October 29, 2021, 8:31 AM between Nancy Cooper and Julia Duin (Cooper31–32), # 6 Exhibit Email exchange ending October 28, 2021, 2:31 PM between Nancy Cooper and Julia Duin (Cooper48–50), # 7 Exhibit Email dated October 25, 2021, 12:22 PM from Juliana Pignataro to Julia Duin, Dayan Candappa, and Nancy Cooper (DUIN15–001–002), # 8 Exhibit Email exchange ending October 15, 2021, 1:08 PM between Juliana Pignataro and Julia Duin (NEWSWEEK442–443), # 9 Exhibit Four articles by Julia Duin for the Houston Chronicle: Halloween: The sinister and the saintly/Occult practices embrace a variety of beliefs, rituals, (October 31, 1987); Police unable to link crime with Satanism (October 12, 1989); DEMONS & DARKNESS/Experts on evil shed light on things that go bump in the night (October 28, 1989); Satanism in the United States: a phenomenon on the rise Houston Chronicle (December 24, 1989), Houston Chronicle (JDUIN004–017), # 10 Exhibit Julia Duin, The Satanic Temple comes to Salem and the Boston Globe does a puff piece (September 22, 2016) (Duin Depo. Ex. 3), # 11 Exhibit Julia Duin, Young Satan worshippers foiled in Florida but theres a deeper story here somewhere, (October 26, 2018) (Duin Depo. Ex. 4), # 12 Exhibit Julia Duin, ProPublica punts when digging into why the Family Research Council calls itself a church (August 18, 2022) (Duin Depo. Ex. 5), # 13 Exhibit Email exchange ending September 29, 2021, 10:08 AM between Julia Duin and Kevin J. Jones of the Catholic News Agency (JDUIN001–003), # 14 Exhibit Email dated September 30, 2021, 12:02 PM from Julia Duin to Juliana Pignataro, Dayan Candappa, and Nancy Cooper (NEWSWEEK025), # 15 Exhibit Email exchange ending October 25, 2021, 1:04 PM between Nancy Cooper, Julia Duin, Dayan Candappa, and Juliana Pignataro (Cooper51–53), # 16 Exhibit Newsweeks editorial guidelines (Compl. Ex. 3), # 17 Exhibit Email exchange ending October 24, 2021, 4:02 PM between Jinx Strange and Julia Duin (NEWSWEEK015–017), # 18 Exhibit Email exchange ending October 29, 2021, 8:05 PM between Jinx Strange and Julia Duin (DUIN45–001–006), # 19 Exhibit Email |

| | | |
|---|---|---|
| | | exchange ending October 29, 2021, 7:02 PM between Lucien Greaves and Julia Duin (Compl. Ex. 9), # 20 Exhibit Email exchange ending October 29, 2021, 8:02 PM between Julia Duin and Kevin J. Jones of the Catholic News Agency (NEWSWEEK 465), # 21 Exhibit Defendants Revised Initial Disclosures, # 22 Exhibit Email exchange ending October 29, 2021, 2:54 PM between Nancy Cooper and Julia Duin (Cooper19–23), # 23 Exhibit Email exchange ending October 28, 2021, 1:01 PM between Nancy Cooper and Julia Duin (Cooper45–46), # 24 Exhibit Email exchange ending October 29, 2021, 8:28 AM between Nancy Cooper and Julia Duin (Cooper 40–41), # 25 Exhibit Email exchange ending October 29, 2021, 3:19 PM between Nancy Cooper and Julia Duin (NEWSWEEK377–378), # 26 Exhibit Email exchange ending October 29, 2021, 5:41 PM between Lucien Greaves and Julia Duin (NEWSWEEK032–037), # 27 Exhibit TSTs demand letter to Newsweek (October 30, 2021) (Compl. Ex. 5)).(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 106 | DECLARATION of Malcolm Jarry in Support re: 102 MOTION for Partial Summary Judgment *as to liability*.. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit Invoice no. 7204 (June 15, 2022), # 2 Exhibit Invoice no. 1001 (July 31, 2022), # 3 Exhibit Invoice no. 1017 (October 5, 2022), # 4 Exhibit Invoice no. 1019 (November 11, 2022), # 5 Exhibit Invoice no. 1023 (December 13, 2022), # 6 Exhibit Invoice no. 1027 (February 27, 2023), # 7 Exhibit Invoice no. 1032 (May 3, 2023), # 8 Exhibit Invoice no. 1034 (May 30, 2024), # 9 Exhibit Invoice no. 1039).(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 107 | DECLARATION of Dr. Joseph Laycock in Support re: 102 MOTION for Partial Summary Judgment *as to liability*.. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 108 | DECLARATION of Lucien Greaves in Support re: 102 MOTION for Partial Summary Judgment *as to liability*.. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 109 | AMENDED MOTION for Partial Summary Judgment *as to liability (amended to add Sonia Kezhaya declaration)*. Document filed by The Satanic Temple, Inc.. Responses due by 5/31/2024.(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 110 | DECLARATION of Sonia Kezhaya in Support re: 102 MOTION for Partial Summary Judgment *as to liability*., 109 AMENDED MOTION for Partial Summary Judgment *as to liability (amended to add Sonia Kezhaya declaration)*.. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit Excerpts from deposition of Nancy Cooper, # 2 Exhibit Excerpts from deposition of Julia Duin, # 3 Exhibit Excerpts from deposition of Lucien Greaves, # 4 Exhibit Excerpts from deposition of David Alan Johnson, # 5 Exhibit Excerpts from deposition of Nathan Sullivan, # 6 Exhibit Excerpts from deposition of Jinx Strange, # 7 Exhibit Excerpts from deposition of Greg Stevens (as 30(b)(6) deponent)).(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/17/2024 | 111 | LETTER addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated May 17, 2024 re: Plaintiff's request for oral argument on cross–motions for summary judgment. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/17/2024) |
| 05/31/2024 | 112 | MEMORANDUM OF LAW in Opposition re: 102 MOTION for Partial Summary Judgment *as to liability*., 109 AMENDED MOTION for Partial Summary Judgment *as to liability (amended to add Sonia Kezhaya declaration)*. . Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/31/2024) |
| 05/31/2024 | 113 | COUNTER STATEMENT TO 104 Rule 56.1 Statement. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 05/31/2024) |
| 05/31/2024 | 114 | DECLARATION of Sara Tesoriero in Opposition re: 102 MOTION for Partial Summary Judgment *as to liability*., 109 AMENDED MOTION for Partial Summary Judgment *as to liability (amended to add Sonia Kezhaya declaration)*.. Document filed by Newsweek Magazine LLC. (Attachments: # 1 Exhibit 1, # 2 Errata 2).(Tesoriero, Sara) (Entered: 05/31/2024) |
| 05/31/2024 | 115 | RESPONSE in Opposition to Motion re: 98 MOTION for Summary Judgment . . Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/31/2024) |

| | | |
|---|---|---|
| 05/31/2024 | 116 | COUNTER STATEMENT TO 100 Rule 56.1 Statement. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/31/2024) |
| 05/31/2024 | 117 | DECLARATION of Matt Kezhaya in Opposition re: 98 MOTION for Summary Judgment .. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit "tossatanicacc" engagement history, # 2 Exhibit Stevens Depo. Ex. 9 (December 11, 2017 Enid Cooper complaint), # 3 Exhibit Stevens Deoo. Ex. 8 (January 6, 2018 resolution of Enid Cooper complaint))).(Kezhaya, Matt) (Entered: 05/31/2024) |
| 05/31/2024 | 118 | AFFIDAVIT of Hollow Axis in Opposition re: 98 MOTION for Summary Judgment .. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/31/2024) |
| 05/31/2024 | 119 | RESPONSE in Opposition to Motion re: 98 MOTION for Summary Judgment . *[correcting un−superscripted footnote numbering]*. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 05/31/2024) |
| 06/07/2024 | 120 | REPLY MEMORANDUM OF LAW in Support re: 98 MOTION for Summary Judgment . . Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 06/07/2024) |
| 06/07/2024 | 121 | RULE 56.1 STATEMENT. Document filed by Newsweek Magazine LLC..(Tesoriero, Sara) (Entered: 06/07/2024) |
| 06/07/2024 | 122 | REPLY to Response to Motion re: 109 AMENDED MOTION for Partial Summary Judgment *as to liability (amended to add Sonia Kezhaya declaration).*, 98 MOTION for Summary Judgment . . Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 06/07/2024) |
| 06/07/2024 | 123 | RULE 56.1 STATEMENT. Document filed by The Satanic Temple, Inc...(Kezhaya, Matt) (Entered: 06/07/2024) |
| 06/07/2024 | 124 | REPLY AFFIDAVIT of Sonia Kezhaya in Support re: 122 Reply to Response to Motion,. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit 47: Excerpts from deposition of Julia Duin, # 2 Exhibit 48: Excerpts from deposition of Nancy Cooper, # 3 Exhibit 49: Excerpts from deposition of David Alan Johnson, # 4 Exhibit 50: Excerpts from deposition of Gregory Stevens (as 30(b)(6) deponent), # 5 Exhibit 51: Excerpts from deposition of Lucien Greaves).(Kezhaya, Matt) (Entered: 06/07/2024) |
| 06/12/2024 | 125 | LETTER MOTION to Seal *ECF No. 124−1 (Plaintiff's Exhibit 47)* addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated June 12, 2024., LETTER MOTION for Leave to File redacted transcript addressed to Judge Mary Kay Vyskocil from Matt Kezhaya dated June 12, 2024. Document filed by The Satanic Temple, Inc.. (Attachments: # 1 Exhibit proposed redacted transcript).(Kezhaya, Matt) (Entered: 06/12/2024) |
| 08/08/2024 | 126 | ORDER granting 125 Letter Motion to Seal; granting 125 Letter Motion for Leave to File Document. The Court is in receipt of an opposed letter motion to seal certain portions of deposition testimony. [ECF No. 125]. The requests to seal and for leave to refile the redacted version of the same are provisionally granted, pending resolution of the parties' motions for summary judgment. [See ECF Nos. 98, 102 109]. The Clerk of Court is respectfully requested to close docket entries 125. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 8/8/2024) (tg) (Entered: 08/08/2024) |
| 08/21/2024 | 127 | REDACTION to 124 Reply Affidavit in Support, *redacted Exhibit 47 (authorized by ECF No. 125)* by The Satanic Temple, Inc..(Kezhaya, Matt) (Entered: 08/21/2024) |
| 10/04/2024 | 128 | ORDER terminating 102 terminated as moot due to filing of amended motion at ECF No. 109. (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 10/04/2024) |
| 01/15/2025 | 129 | SCHEDULING ORDER: The Court hereby grants Plaintiff's request for oral argument on the parties' cross motions for summary judgment at ECF No. 111. Argument will be held on February 4, 2025 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Court will allow 15 minutes for oral argument per side. SO ORDERED. Oral Argument set for 2/4/2025 at 11:00 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 1/15/2025) |

| | | |
|---|---|---|
| | | (sgz) (Entered: 01/16/2025) |
| 01/29/2025 | 130 | NOTICE OF CHANGE OF ADDRESS by Sara Tesoriero on behalf of Newsweek Magazine LLC. New Address: Cameron Stracher PLLC, 1133 Broadway, Suite 516, New York, New York, United States 10010, 6469923850..(Tesoriero, Sara) (Entered: 01/29/2025) |
| 01/29/2025 | 131 | NOTICE OF CHANGE OF ADDRESS by Cameron Stracher on behalf of Newsweek Magazine LLC. New Address: Cameron Stracher, PLLC, 1133 Broadway, Suite 516, New York, New York, USA 10010, 646−992−3850..(Stracher, Cameron) (Entered: 01/29/2025) |
| 02/04/2025 | | Minute Entry for proceedings held before Judge Mary Kay Vyskocil: Oral Argument held on 2/4/2025. (Court Reporter George Malinowski) (rz) (Entered: 02/05/2025) |
| 02/18/2025 | 132 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 2/4/2025 before Judge Mary Kay Vyskocil. Court Reporter/Transcriber: George Malinowski, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025..(McGuirk, Kelly) (Entered: 02/18/2025) |
| 02/18/2025 | 133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 2/4/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/18/2025) |
| 03/26/2025 | 134 | OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT re: 109 AMENDED MOTION for Partial Summary Judgment *as to liability (amended to add Sonia Kezhaya declaration)*. filed by The Satanic Temple, Inc., 98 MOTION for Summary Judgment . filed by Newsweek Magazine LLC. For the reasons described above, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED. The Clerk of Court respectfully is requested to terminate the motions pending at ECF Nos. 98 and 109 and to close this case. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 3/26/2025) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/26/2025) |
| 03/27/2025 | 135 | CLERK'S JUDGMENT re: 134 Memorandum & Opinion in favor of Newsweek Magazine LLC against The Satanic Temple, Inc. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons set forth in the Court's Opinion and Order dated March 26, 2025, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED; accordingly, this case is closed. (Signed by Clerk of Court Tammi M Hellwig on 3/27/2025) (Attachments: # 1 Appeal Package) (km) (Entered: 03/27/2025) |
| 03/27/2025 | | Terminate Transcript Deadlines (km) (Entered: 03/27/2025) |
| 04/07/2025 | 136 | NOTICE OF APPEAL from 135 Clerk's Judgment,, 134 Memorandum & Opinion,,, 27 Memorandum & Opinion,,. Document filed by The Satanic Temple, Inc.. Filing fee $ 605.00, receipt number ANYSDC−30893669. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Kezhaya, Matt) (Entered: 04/07/2025) |
| 04/08/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 136 Notice of Appeal. (tp) (Entered: 04/08/2025) |
| 04/08/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 136 Notice of Appeal, filed by The Satanic Temple, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/08/2025) |