UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-------------------------------------------------------X

THE SATANIC TEMPLE, INC,                              Docket No. 25-868

        Plaintiff-Appellant,

v.

NEWSWEEK MAGAZINE, LLC

        Defendant-Appellee.

-------------------------------------------------------X

### APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO CHANGE CAPTION

Defendant-Appellee Newsweek Magazine LLC ("Newsweek") respectively submits this response to Plaintiff-Appellant The Satanic Temple, LLC's ("Appellant") motion to amend the case caption to *The Satanic Temple, Inc. v. Newsweek Digital LLC and Julia Duin*.

### RELEVANT BACKGROUND

Appellant filed this defamation lawsuit against Newsweek Magazine LLC and its reporter, Julia Duin, on February 16, 2022. ECF 1. On March 8, 2023, the District Court granted Ms. Duin's motion to dismiss for lack of personal jurisdiction. ECF 27. On May 11, 2023, the parties stipulated, and the District Court ordered, that Newsweek Digital LLC, not Newsweek Magazine LLC, was the proper defendant, that Ms. Duin was dismissed pursuant to the District Court's

1

March 8, 2023 Order, and therefore that the lawsuit should proceed as against Newsweek Digital LLC as the "sole defendant." ECF 36. Thereafter, Ms. Duin was "terminated" as a party to the case.

## ARGUMENT

I. **APPELLANT'S MOTION TO AMEND THE CAPTION TO ADD JULIA DUIN AS AN APPELLEE SHOULD BE DENIED.**

Although Newsweek does not object to the caption being amended so that Newsweek Digital LLC, rather than Newsweek Magazine LLC, is identified as the appellee, for the reasons set forth in its Letter to the Court dated April 28, 2025, Newsweek objects to the caption being amended in a manner that would add Ms. Duin as an appellee.

The District Court's order dismissing Ms. Duin as a defendant was final and ripe for appeal under 28 U.S.C. § 1991 because, although it did not resolve "all claims of all the parties," *Scottsdale Ins. Co. v. McGrath*, 88 F.4th 369, 377 (2d Cir. 2023), Ms. Duin was "terminated" as a party and thus the claims against her could not be revived under Rule 54(b) of the Federal Rules of Civil Procedure. *See* ECF 36. Appellant's failure to appeal the dismissal of Ms. Duin within 30 days of that order as required by Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure bars her reinstatement as an appellee before this Court. *Silivanch v. Celebrity Cruises, Inc.*, 333 F.3d 355, 363 (2d Cir. 2003) (failure to file notice of appeal before deadline imposed by Rule 4(a)(1) deprives Court of jurisdiction to hear

appeal). Thus, Appellant's request to amend the caption to add Ms. Duin as an appellee is untimely and should be denied.

## CONCLUSION

For the foregoing reasons, Appellant's motion to amend the case caption should be denied to the extent it seeks to add Julia Duin as an appellee.

Dated: May 13, 2025

          Respectfully Submitted,

          /s/*Cameron Stracher*
          Cameron Stracher
          Sara C. Tesoriero
          CAMERON STRACHER, PLLC
          1133 Broadway, Suite 516
          New York, NY 10010
          Tel: 646.992.3850
          Fax: 646.992.4241
          cam@stracherlaw.com
          sara@stracherlaw.com
          *Attorneys for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

/s/ *Cameron Stracher*
Cameron Stracher, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

/s/ *Cameron Stracher*
Cameron Stracher, Esq.

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. 32(f), this document contains 416 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times Roman font.

/s/ *Cameron Stracher*
Cameron Stracher, Esq.