# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-five.

---

The Satanic Temple, Inc.,

    Plaintiff - Appellant,

v.

Newsweek Magazine LLC,

    Defendant - Appellee,

Julia Duin,

    Defendant.

**ORDER**

Docket No. 25-868

---

    Appellant moves the Court to amend the case caption to *The Satanic Temple, Inc. v. Newsweek Digital LLC and Julia Duin.* Appellee opposes the motion to the extent it seeks to add Julia Duin as an appellee.

    IT IS HEREBY ORDERED that the motion and opposition are REFERRED to the three-judge panel that will determine the merits of this appeal.

    For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court