# 25-868-cv

# United States Court of Appeals

*for the*

## Second Circuit

THE SATANIC TEMPLE, INC.,

*Plaintiff-Appellant,*

– v. –

NEWSWEEK MAGAZINE LLC,

*Defendant-Appellee,*

JULIA DUIN,

*Defendant.*

───────────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX

CAMERON STRACHER
SARA TESORIERO
CAMERON STRACHER, PLLC
1133 Broadway, Suite 516
New York, New York 10010
(646) 992-3850

*Attorneys for Defendant-Appellee*

COUNSEL PRESS   (800) 4-APPEAL • (384315)

i

## TABLE OF CONTENTS

**Page**

Declaration of Julia Duin, Defendant, executed
    July 14, 2022............................................................. SA-1

So-Ordered Stipulation and Proposed Order to
    Amend Case Caption, dated May 11, 2023 ........... SA-4

Case 1:22-cv-01343-MKV   Document 18   Filed 07/15/22   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THE SATANIC TEMPLE, INC., :
:
                    Plaintiff, :
v. : Case No. 1:22-cv-01343-MKV
:
NEWSWEEK MAGAZINE LLC and : **Declaration of Julia Duin**
JULIA DUIN :
:
                    Defendants. :
:
:
------------------------------------------------------------ x

      Pursuant to 28 U.S.C. § 1746, Julia Duin declares:

      1.     I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts herein.

      2.     I am a resident of the State of Washington and have resided in Washington since July 2015.

      3.     I am a journalist who works with Newsweek Magazine LLC ("Newsweek") as an independent contractor. I have worked with Newsweek as an independent contractor since September 1, 2021. Prior to that, for six years, I was a self-employed freelancer. As an independent contractor for Newsweek, I write and submit articles to Newsweek that are then published on its website, www.newsweek.com, which is available to readers nationwide.

      4.     I am not a Newsweek employee. I do not control or otherwise play a role in Newsweek's publication of the articles I submit. I do not travel to New York in connection with my work with Newsweek.

1

Case 1:22-cv-01343-MKV   Document 18   Filed 07/15/22   Page 2 of 3

5. I wrote the article titled "Orgies, Harassment, Fraud: Satanic Temple Rocked by Accusations, Lawsuit" (the "Article") that was published by Newsweek through its website at www.newsweek.com. I wrote the Article in my home office in Issaquah, Washington.

6. I did not travel to New York or conduct any activity in New York in connection with the Article.

7. To my knowledge, none of the sources I interviewed for the Article reside in New York.

8. Once I submitted the article to my editor, I did not play any role in when or where the Article would be published.

9. I do not have a bank account in New York, do not own any property in New York, and do not pay New York State taxes.

10. I have not been to New York since on or about 2011.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2022

_____
Julia Duin

2

SA-3

Case 1:22-cv-01343-MKV   Document 18   Filed 07/15/22   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

/s/ *Sara C. Tesoriero*
Sara C. Tesoriero, Esq.

SA-4

Case 1:22-cv-01343-MKV   Document 36   Filed 05/11/23   Page 1 of 5

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
THE SATANIC TEMPLE, INC.,                                          :
                                                                   :
                                   Plaintiff,                      :   Case No. 1:22-cv-01343-MKV
v.                                                                 :
                                                                   :
NEWSWEEK MAGAZINE LLC and                                          :
JULIA DUIN                                                         :
                                                                   :
                                   Defendants.                     :
                                                                   :
------------------------------------------------------------------ x

**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION**

WHEREAS the parties agree that the proper defendant in the above-captioned case is Newsweek Digital, LLC, not Newsweek Magazine LLC.

WHEREAS Newsweek Digital, LLC is a New York entity, whose sole member is NW Media Holding Corp., a New York corporation with its principal place of business in New York. Therefore, substituting Newsweek Digital, LLC as the defendant in this case would not deprive this Court of subject matter jurisdiction or render venue in this district improper.

WHEREAS defendant Julia Duin was dismissed from this case pursuant to this Court's March 8, 2023 Order (ECF No. 27).

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the case caption should be changed to name Newsweek Digital, LLC as the sole defendant, in a form substantially similar to the example attached hereto as Exhibit A.

1

Respectfully submitted,

| REISS SHEPPE LLP | CAMERON STRACHER, PLLC |
|---|---|
| */s/ Matthew Sheppe* | */s/ Cameron Stracher* |
| Matthew Sheppe | Cameron Stracher |
| 425 Madison Ave., 19th Floor | Sara C. Tesoriero |
| New York, NY 10017 | 51 Astor Place, 9th Floor |
| Tel: (212) 753-2424 | New York, NY 10003 |
| Fax: (347) 348-0731 | Tel: (646) 992.3850 |
| msheppe@reisssheppe.com | Fax: (646) 992.4241 |
| | cam@stracherlaw.com |
| CROWN LAW | sara@stracherlaw.com |
| Matt Kezhaya | |
| 121 Washington Ave. N., | *Attorneys for Newsweek Magazine, LLC* |
| 4th Floor | *and Newsweek Digital, LLC* |
| Minneapolis, MN 55401 | |
| Tel: (479) 431-6112 | |
| matt@crown.law | |

*Attorneys for Plaintiff*

GRANTED. The Clerk of Court respectfully is requested to change the case caption to name Newsweek Digital, LLC as the sole defendant, in a form substantially similar to the example attached hereto as Exhibit A.

**SO ORDERED**

_____
Mary Kay Vyskocil
United States District Judge

Dated: 5/11/2023
       New York, NY

2

SA-6

Case 1:22-cv-01343-MKV   Document 36   Filed 05/11/23   Page 3 of 5

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
THE SATANIC TEMPLE, INC.,                                            :
                                                                     :
                                    Plaintiff,                       :   Case No. 1:22-cv-01343-MKV
v.                                                                   :
                                                                     :
NEWSWEEK DIGITAL, LLC                                                :
                                                                     :
                                    Defendant.                       :
                                                                     :
-------------------------------------------------------------------- x

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

/s/ *Sara C. Tesoriero*
Sara C. Tesoriero