# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand twenty-six.

Before:     José A. Cabranes,
            Alison J. Nathan,
            Sarah A. L. Merriam,
                 *Circuit Judges*.

_____

The Satanic Temple, Inc.,

      Plaintiff - Appellant,

  v.

Newsweek Digital LLC,

      Defendant - Appellee,

Julia Duin,

      Defendant.

_____

**JUDGMENT**

Docket No. 25-868

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's March 27, 2025 judgment is AFFIRMED in full.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

